# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**DATAVIOUS MANUEL,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D13-4461

[January 7, 2015]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Robert R. Makemson, Judge; L.T. Case No. 562012CF 003620A.

Carey Haughwout, Public Defender, and Nan Ellen Foley, Assistant Public Defender, West Palm Beach, for appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, and Mark J. Hamel, Assistant Attorney General, West Palm Beach, for appellee.

### CONFESSION OF ERROR

PER CURIAM.

Appellant challenges the trial court's restitution order. Based on the State's confession of error, we agree that the trial court should not have issued the order without first conducting a hearing to determine the amount of restitution. *Hamrick v. State*, 648 So. 2d 274, 276 (Fla. 4th DCA 1995); *Thomas v. State*, 517 So. 2d 132, 132 (Fla. 4th DCA 1987). Accordingly, we reverse and remand for the trial court to conduct a hearing and issue a new restitution order.

*Reversed and Remanded.*

CIKLIN, LEVINE and KLINGENSMITH, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***